MEMO ENDORSED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY J. FUTIA, Jr,. ) | |
| ) | MOTION FOR JURY TRIAL |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES and the INTERNAL ) | |
| REVENUE SERVICE, Raymond Roberts ) | Case No. _____ |
| Revenue Officer; ) | |
| ) | Hon. _____ |
| Defendants ) | |

**MOTION FOR JURY TRIAL**

Based on the facts and circumstances presented in the Complaint filed by Plaintiff Anthony J. Futia, Jr. ("Futia") on the date of this Motion, Futia moves the Court for an Order granting Futia a jury trial.

Respectfully submitted.

Dated: August 15, 2022

*[signature]*

ANTHONY J. FUTIA, Jr., pro se
34 Custis Ave
North White Plains, NY 10603
(914) 906-7138
Futia2@optonline.net

Sworn To Before Me
This 15th Day of August 2022

*[signature]*

LORI J ZAWACKI
Notary Public, State of New York
No. 01ZA6015584
Qualified in Westchester County
Commission Expires January 21, 2023

RECEIVED AUG 16 2022 PRO SE OFFICE

**The Motion for a Trial, (Dkt. No. 2), is denied without prejudice.  This Motion is premature, as the Court will proceed with traditional motions practice to ascertain the appropriateness of trial.**

**Date: 8/30/2022**

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.