MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JAN 04 2023
PRO SE OFFICE

ANTHONY J. FUTIA, Jr,. )
)
      Plaintiff )   MOTION
)
v. )
)
UNITED STATES )
)   Case No. 22-cv-6965
      Defendant )
)   Hon. Kenneth M. Karas

## MOTION TO ACCEPT EVIDENCE ON CD'S

Today, Plaintiff Anthony J. Futia, Jr., ("Futia") served Defendant with his Opposition to Defendant's Motion to Dismiss, which Opposition papers included an Addendum titled, **'FACTUAL EVIDENCE OF THE GOVERNMENT'S RECEIPT OF AND REFUSAL TO RESPOND TO FUTIA'S/WTP's WELL-INTENDED PETITION FOR REDRESS OF THE GOVERNMENT'S VIOLATIONS OF THE TAX CLAUSES OF THE UNITED STATES CONSTITUTION, WITH QUESTIONS TO BE ASKED OF THOSE IN DENIAL.**

The Addendum includes sixty-seven Exhibits. Of the sixty-seven Exhibits, twelve include one or more CDs that provide factual supporting evidence *vital to Futia's first-impression, constitutional case.*

When Futia attempted to file his Opposition papers at the pro-se intake unit today, together with his Certificate of Service, he was advised he needed to file a motion requesting the Court accept the CDs.

As Futia stated in his Opposition papers, by his signature thereon he swears under oath, under penalty for perjury, that the Addendum, including its Exhibits, is true and accurate and that the CD's are safe for viewing without adverse electronic side effects.

Futia respectfully moves the Court to accept the Addendum, including the CDs included therewith.

Respectfully submitted.

Dated: January 4, 2023

*[signature]*

ANTHONY J. FUTIA, Jr., pro se
34 Custis Ave
North White Plains, NY 10603
(914) 906-7138
Futia2@optonline.net

*[handwritten annotation: Granted. So Ordered. KMK 1/5/23]*