**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTHONY J. FUTIA, JR.,

                Plaintiff,

-against-                              22 **CIVIL** 6965 (VB)

                                            **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 24, 2023, Defendant's motion to dismiss is GRANTED. Plaintiff's motion for preliminary relief is DENIED as moot. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

      April 25, 2023

                                                                 **RUBY J. KRAJICK**

                                                                    _____
                                                                     **Clerk of Court**

                                       **BY:**      K. Mango

                                                                     _____
                                                                     **Deputy Clerk**